# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

February 6, 2017

Dean von Germeten
1921 Thurston Avenue
Racine, WI 53403

   Re: Dean von Germeten vs. Planet Home Lending LLC
     Case No. 17-CR-167

Dear Mr. von Germeten:

The Clerk's Office received your Complaint for filing on February 6, 2017.

This matter has been assigned to Magistrate Judge William E. Duffin. Enclosed is a magistrate judge consent/refusal form for your review. Please complete and file it with the Clerk's Office **within 21 days of the date of this letter.**

          Very truly yours,
          JON W. SANFILIPPO
          Clerk of Court


          s/Mary Murawski
          Deputy Clerk

Enclosure