

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Dean R von Germeten Plaintiff(s),

v.  Case No. 17-CV-167

Planet Home Lending, LLC Defendant(s).

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

> This form must be filed with the Clerk of Court within 21 days of receipt. Although choosing to have your case decided by a magistrate judge is optional and refusal will not have adverse substantive consequences, the timely return of this completed form is mandatory.
>
> If you do not consent to a magistrate judge deciding your case, a district judge will handle your case. When a case is handled by a district judge, magistrate judges in this district generally play no further role in the case and do not issue reports and recommendations.
>
> Magistrate judges do not conduct felony trials, and therefore felony trials do not interfere with scheduling and processing of cases before magistrate judges.

### Check one:

☐   The undersigned attorney of record or pro se litigant **consents** to have Magistrate Judge William E. Duffin _____ conduct all proceedings in this case, including a bench or jury trial, and enter final judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73(b).

☒   The undersigned attorney of record or pro se litigant **refuses** to have a magistrate judge enter final judgment in this matter. I understand that this means that a district judge alone will handle all further proceedings in this matter. Administrative oversight only, NO JURY TRIAL

Signed this 9th day of Feb, 2017    Dean vm Germth
(date)   (month)   (year)    Signature of counsel of record or pro se litigant
☒ Plaintiff / petitioner (attorney or pro se litigant)
☐ Defendant / respondent (attorney or pro se litigant)
☐ Other party